UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RADIO SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-386 |
| v. ) | (MATTICE/SHIRLEY) |
| ) | |
| HAWX OUTDOORS, INC., d/b/a/ ) | |
| HAWX DOG & GUN, BUMPER BOY INC., and ) | |
| TOM LALOR, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On September 12, 2013, the Court entered an Order setting this case for a scheduling and case-management conference on October 18, 2013. On October 2, 2013, the Clerk of Court entered a default against Defendant Hawx Outdoors, Inc., [Doc. 11], and also entered a default against Defendant Bumper Boy, Inc., [Doc. 12], although no default judgments have been entered as to either Defendant. As such, the Court finds that conducting a scheduling and case-management conference on October 18, 2013, would be premature. Accordingly, the conference scheduled to take place October 18, 2013, is **CANCELLED**. The Court will, instead, conduct a scheduling and case-management conference on **December 18, 2013, at 9:30 a.m.**, in Courtroom 3B of the Howard H. Baker, Jr., United States Courthouse.

Attorneys Philip P. Mann and John Whitaker have represented very specifically to the Court that they are not counsel for the Defendants in this case. [Doc. 14]. Based upon this representation, the Court finds that Mr. Mann and Mr. Whitaker are not serving as counsel for

any of the Defendants in this case.  Notwithstanding, the Court **ORDERS** that the Clerk of Court **SHALL MAIL** a copy of this Order to: (1) Philip P. Mann, care of the Mann Law Group, Seattle Tower, 1218 3rd Avenue, Ste. 1809, Seattle, WA 98101; and (2) John Whitaker, care of the Whitaker Law Group, Seattle Tower, 1218 3rd Avenue, Ste. 1809, Seattle, WA 98101.  By providing a copy of this Order to Mr. Mann and Mr. Whitaker, the Court confirms receipt of their notice representing to the Court that Mr. Mann and Mr. Whitaker are not serving as counsel for the Defendants in this case.

Further, the Court **ORDERS** that the Clerk of Court **SHALL MAIL** a copy of this Order to Hawx Outdoors Inc., at 1750 Grant Avenue, Blaine, WA 98230, and Bumper Boy Inc., at 1750 Grant Avenue, Blaine, WA 98230.[1]

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] The record indicates that both Hawx Outdoors Inc. and Bumper Boy Inc. have been served.  [Docs. 4, 5].